UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
****************************************
AMYJO SHULTS,

        Plaintiff,

        v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
****************************************

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

Hon. Andrew T. Baxter, M.J.
Civil Action No. 5:16-CV-20 (DNH/ATB)

*DOCUMENT ELECTRONICALLY FILED*

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and KAREN T. CALLAHAN, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; including offering the Plaintiff the opportunity for a new hearing and a new decision will be issued; and Plaintiff having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 22nd day of September 2016;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the Clerk shall enter judgment remanding the matter to the Administration for further proceedings pursuant to sentence 4 of 42 U.S.C. § 405(g) for a denovo hearing and new decision, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

*Andrew T. Baxter*
ANDREW T. BAXTER, Magistrate Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: /s/karen t. callahan
KAREN T. CALLAHAN
Special Assistant U.S. Attorney
Bar No.513794

By: *E. Kenton Foulke*
E. KENTON FOULKE, ESQ.
Attorney for Plaintiff