UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AMYJO SHULTS,

        Plaintiff,

        v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No. 16-20-DNH-ATB

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by E. KENTON FOULKE, for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and KAREN T. CALLAHAN, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of Five Thousand Nine Hundred and Thirty-Seven Dollars and Two Cents ($5,937.02) in fees, and the Court having reviewed the record in this matter

        IT IS on this day of    4th    November 2016;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of Five Thousand Nine Hundred and Thirty-Seven Dollars and Two Cents ($5,937.02) in full satisfaction of plaintiff's claim for such fees and expenses fees. Fees are payable to the plaintiff, but if plaintiff does not owe a debt subject to offset under the Treasury Offset Program, payable to the attorney.

_____
David N. Hurd
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

Date: October 26, 2016  By: /s/ Karen T. Callahan
KAREN T. CALLAHAN
Special Assistant U.S. Attorney
Bar No. 513794

FOULKE LAW FIRM

Date: 11/3/2016  By: _____
E. KENTON FOULKE, Esq.
Attorney for Plaintiff
5 Court Street
Auburn, NY 13021